# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-30568
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**

December 28, 2023

Lyle W. Cayce
Clerk

RAYMOND H. KIMBLE, III,

*Plaintiff—Appellant*,

*versus*

KEITH COOLEY; BRENT THOMPSON; J. PELICAN; JOHN DOE,
*Administrative Remedy Program Screening Officer*; JAMES LEBLANC,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:23-CV-921

_____

Before JONES, SOUTHWICK, and HO, *Circuit Judges*.

PER CURIAM:[*]

Raymond H. Kimble, III, Louisiana prisoner # 503830, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. In the instant appeal, he challenges the denial of his motions for a temporary restraining order (TRO)

_____

[*] Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

and the appointment of counsel.    We dismiss the appeal for lack of jurisdiction because Kimble's appeal does not correspond to any appealable decision in the district court.  The district court's denial of a TRO is not an appealable decision. *In re Lieb*, 915 F.2d 180, 183 (5th Cir. 1990).  Further, we lack jurisdiction to hear an appeal directly from the magistrate judge's order denying the appointment of counsel. *See Butler v. S. Porter*, 999 F.3d 287, 297 (5th Cir. 2021).

The appeal is DISMISSED for lack of jurisdiction.  In light of our lack of jurisdiction, Kimble's motion for the appointment of counsel on appeal is DENIED.  To the extent that Kimble's brief includes a motion for a restraining order, it is also DENIED.